October 12, 1972.

M. P. No. 1775. FREDERICK A. TAYLOR *v.* FRANCIS A. HOWARD, *Warden.* Petition for habeas corpus granted for the sole purpose of having the parties orally argue and brief the question of what is the effect on a sentence imposed in the Superior Court when, in the sentencing proceedings, the sentencing justice is made aware that the defendant has a history of juvenile offenses. More specifically, does bringing to the attention of the sentencing justice the fact that the defendant has a juvenile record violate the provisions of G. L. 1956, §14-1-40, and, if so, what is the effect of such violation on the sentence imposed? *Abedon, Michaelson, Stanzler & Biener, Milton Stanzler,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for respondent.

M. P. No. 1834. *In re* HAROLD SUMMEROUR. Petition to review denial of awaiting trial time denied as moot. *William F. Reilly,* Public Defender, *Paul E. Kelly,* Asst. Public Defender, for petitioner.

M. P. No. 1843. SAMUEL CORRADO *et ux. v.* CITY OF PROVIDENCE *et al.* Motion for leave to file petition for writ of certiorari denied. *Samuel Corrado,* pro se, for petitioners. *Robert J. McOsker,* City Solicitor, *Timothy J. McCarthy,* for respondents.

M. P. No. 1855. MAURICE FORGET *v.* GERALD P. MORRISSEAU *et al.* Motion for leave to file petition for writ of certiorari